IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-00158-GCM

JAN TREJO,

    Plaintiff,

v.

ANDREW M. SAUL,

    Defendant.

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's Motion for Judgment on the Pleadings (ECF Doc. 12) and Defendant's Motion for Remand to the Commissioner (ECF Doc. 14). Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: June 30, 2021

Graham C. Mullen
United States District Judge