# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jan Trejo, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:20-cv-00158-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 30, 2021 Order.

June 30, 2021

Frank G. Johns, Clerk
United States District Court